UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA AND KEVIN BIBLE,

             Plaintiffs,             No. 05-CV-72034-DT

vs.             Hon. Gerald E. Rosen

VILLAGE OF BANCROFT,
SHIAWASSEE COUNTY, and
KEN LABELLE, an individual,

             Defendants.
_____/

## JUDGMENT

  At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on   March 30, 2006

PRESENT:  Honorable Gerald E. Rosen
                United States District Judge

The Court having this date entered an Opinion and Order regarding the parties' motions for summary judgment, and being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants Village of Bancroft and Shiawassee County's motions to dismiss and for summary judgment are GRANTED with regard to Plaintiffs' claims of violation of civil rights as alleged in Count Six of the Complaint, and these claims, accordingly, are DISMISSED, WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs'

motion for summary judgment is DENIED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims in Counts One through Five of the Complaint. Accordingly, these claims are REMANDED to Shiawassee County Circuit Court.

s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated:  March 30, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 30, 2006, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager